# ALABAMA COURT OF CRIMINAL APPEALS



May 24, 2024

**CR-2023-0963**
David Otto Jacobson v. State of Alabama (Appeal from Etowah Circuit Court: DC-23-1514 and CC-23-727)

## <u>NOTICE</u>

You are hereby notified that on May 24, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk